**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 10-01509 VAP(DTBx)                              Date:  February 10, 2011

Title:         YESENIA BELTRAN, MARIA GARCIA -v- ONE WEST BANK FSB
==================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

     Marva Dillard                                               None Present
     Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                  DEFENDANTS:

     None                                                              None

PROCEEDINGS:     MINUTE ORDER ORDERING PLAINTIFFS TO SHOW
                             CAUSE WHY THEIR ACTION SHOULD NOT BE
                             DISMISSED FOR FAILURE TO PROSECUTE  (IN
                             CHAMBERS)

     On October 4, 2010, Plaintiffs Yesenia Beltran and Maria Garcia ("Plaintiffs") filed a complaint ("Complaint") against Defendant One West Bank FSB ("Defendant").  Along with the Complaint, Plaintiffs filed a Proof of Service affirming that Defendant had been mailed a copy of the Complaint.  The Proof of Service, however, does not identify what address was used to serve them and is therefore invalid to demonstrate actual service as required under Federal Rule of Civil Procedure 4(l).  Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed.  Thus, Defendant should have been served by February 1, 2011.

MINUTES FORM 11                                              Initials of Deputy Clerk __md___
CIVIL -- GEN                                      Page 1

EDCV 10-01509 VAP(DTBx)
YESENIA BELTRAN, et al.  v. ONE WEST BANK FSB
MINUTE ORDER of February 10, 2011

     Accordingly, the Court ORDERS Plaintiffs to show cause, in writing, why the case should not be dismissed for failure to prosecute.  Plaintiffs may respond to this order by filing a procedurally-proper proof of service for Defendant no later than February 20, 2011.  Failure to respond to this order will result in dismissal of Plaintiff's action.

     **IT IS SO ORDERED.**