```
 1
 2
 3
 4
 5                              JS-6
 6
 7
 8            UNITED STATES DISTRICT COURT
 9            CENTRAL DISTRICT OF CALIFORNIA
10
11  YESENIA BELTRAN, MARIA  )   Case No. EDCV 10-01509
    GARCIA,                 )   VAP(DTBx)
12                          )
             Plaintiff,     )   JUDGMENT
13                          )
       v.                   )
14                          )
    ONE WEST BANK FSB,      )
15                          )
             Defendants.    )
16  _____
17
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
18
         Pursuant to the Order filed herewith, IT IS ORDERED
19
    AND ADJUDGED that Plaintiffs' Complaint is DISMISSED
20
    WITHOUT PREJUDICE.  The Court orders that such judgment
21
    be entered.
22
23
24
    Dated:  February 25, 2011    _____
25                                  VIRGINIA A. PHILLIPS
                                  United States District Judge
26
27
28
```